IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00217-RPM

JOY ANGELA SCHWARTZ,

            Plaintiff,

v.

DCS/Purgatory, LLC d/b/a Durango Mountain Resort, LLC,
a Colorado limited liability company,

            Defendant/Third-Party Plaintiff,

v.

DAVE SCHWARTZ,

            Third-Party Defendant.

_____

ORDER OF DISMISSAL

_____

The Court having considered the stipulation for dismissal, filed on August 18, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice.

Dated:  August 19, 2005

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge